UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TERRANCE TURNER,

    Plaintiff,

v.

MARTINDALE-NOLO, et al.,

    Defendants.

Case No. 23-cv-04520-SK

**ORDER OF REASSIGNMENT AND REPORT AND RECOMMENDATION**

Defendants in the above captioned matter have not yet appeared and, thus, have not consented to the jurisdiction of a magistrate judge under 28 U.S.C. § 636. Therefore, the Court does not have authority to make a dispositive ruling in this case and ORDERS that this case be REASSIGNED to a District Judge with the following Report and Recommendation.

On October 24, 2023, the Court granted the application by pro se plaintiff Terrance Turner ("Plaintiff") to proceed *in forma pauperis* but dismissed Plaintiff's complaint with leave to amend and explained that "the *in forma pauperis* statute provides that the Court shall dismiss the case if, *inter alia*, the Complaint is frivolous or malicious, or fails to state a claim on which relief may be granted." (Dkt. No. 5.) The Court explained that Federal Rule of Civil Procedure 8(a)(2) requires "a short and plain statement of the claim showing that the pleader is entitled to relief." To comply with Rule 8, "[s]pecific facts are not necessary; the statement need only give the defendant fair notice of what the . . . claim is and the grounds upon which it rests." *Erickson v. Pardus,* 551 U.S. 89, 93 (2007) (citations omitted). While a complaint need not provide detailed factual allegations, it is "a plaintiff's obligation to provide the 'grounds' of his 'entitle[ment] to relief.'" *Bell v. Atlantic Corp. v. Twombly,* 550 U.S. 544, 555 (2007) (citations omitted). (Dkt. No. 5.) The Court further explained that to state a claim Plaintiff must allege the actions by each Defendant that gave rise to Plaintiff's claims, what laws or rights were violated by each Defendant's conduct, and how

1  Plaintiff was harmed.  (*Id.*)

2  Plaintiff filed an amended complaint on November 6, 2023.  (Dkt. No. 6.)  While Plaintiff
3  provided more information, it is still unclear what actions Plaintiff alleges each Defendant took
4  against him, how Plaintiff was harmed as a result, or what laws or rights were violated by
5  Defendant's conduct.  Additionally, the statutes that Plaintiff cites in his amended complaint to
6  support his causes of action are federal criminal statutes or code sections that do not otherwise
7  provide a private right of action.  (Dkt. No. 6, 10-15.)

8  Therefore, the Court RECOMMENDS that this action be dismissed without prejudice.  **If Plaintiff wishes to file an objection to these recommendations, he may do so within fourteen days of being served with a copy of this Report.**  *See* 28 U.S.C § 636(b).

11  **IT IS SO ORDERED**.

12  Dated: January 9, 2024

_____
SALLIE KIM
United States Magistrate Judge

2