IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRANCE TURNER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARTINDALE-NOLO, et al.,<br><br>　　　　Defendants. | Case No. 23-cv-04520-CRB<br><br>**ORDER ADOPTING REPORT & RECOMMENDATION** |

The Court has reviewed Magistrate Judge Kim's Report and Recommendation (dkt. 8) and has considered the objections filed by Plaintiff Terrance Turner (dkt. 11). On de novo review, the Court finds the Report correct, well-reasoned, and thorough. See Fed. R. Civ. P. 72(b); Civ. L.R. 72-3. The Court therefore overrules Plaintiff's objections and ADOPTS the Report and Recommendation in full. Plaintiff's case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

Dated:  August 16, 2024

　　　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　　United States District Judge